JS 44  (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ERIC FERRON

**DEFENDANTS**

STATE TROOPER JUSTIN HOWELL

**(b)** County of Residence of First Listed Plaintiff **PHILADELPHIA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **PHILADELPHIA**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

OXMAN GOODSTADT KURITZ PC; 1518 Walnut Street
Phila, PA. 19102; 215-665-9999

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government
  Plaintiff
- [x] 3  Federal Question
  *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government
  Defendant
- [ ] 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                 *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C.A. Section 1983

Brief description of cause:
Malicious Prosecutiom

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
June 13, 2026

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

10/2024

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: __I-95, Philadelphia, PA.__

---

*RELATED CASE IF ANY:*   Case Number:_____   Judge:_____

1.  Does this case involve property included in an earlier numbered suit?                                        Yes ☐

2.  Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?        Yes ☐

3.  Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?   Yes ☐

4.  Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual?   Yes ☐

5.  Is this case related to an earlier numbered suit even though none of the above categories apply?             Yes ☐
    If yes, attach an explanation.

I certify that, to the best of my knowledge and belief, the within case ☐ is / ☒ **is not** related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

*A.  Federal Question Cases:*

1.  Indemnity Contract, Marine Contract, and All Other Contracts) ☐
2.  FELA ☐
3.  Jones Act-Personal Injury ☐
4.  Antitrust ☐
5.  Wage and Hour Class Action/Collective Action ☐
6.  Patent ☐
7.  Copyright/Trademark ☐
8.  Employment ☐
9.  Labor-Management Relations ☐
10. Civil Rights ☒
11. Habeas Corpus ☐
12. Securities Cases ☐
13. Social Security Review Cases ☐
14. Qui Tam Cases ☐
15. Cases Seeking Systemic Relief  **\*see certification below\***
16. All Other Federal Question Cases. *(Please specify):*_____

*B.  Diversity Jurisdiction Cases:*

1.  Insurance Contract and Other Contracts ☐
2.  Airplane Personal Injury ☐
3.  Assault, Defamation ☐
4.  Marine Personal Injury ☐
5.  Motor Vehicle Personal Injury ☐
6.  Other Personal Injury *(Please specify):*_____ ☐
7.  Products Liability ☐
8.  All Other Diversity Cases: *(Please specify)*_____ ☐

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ does / ☒ **does not** have implications beyond the parties before the court and ☐ does / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒  Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐  None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

OXMAN, GOODSTADT, & KURITZ
BY: **JOSEPH S. OXMAN, ESQUIRE**
IDENTIFICATION NO: 207956
1518 Walnut Street, Suite 1010
Philadelphia, PA  19102
(215) 665-9999
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC FERRON**<br>2310 Morris Street<br>Philadelphia, PA. 19145<br><br>Plaintiff,<br><br>vs.<br><br>**STATE TROOPER JUSTIN HOWELL**<br>TROOP K - PHILADELPHIA<br>2201 Belmont Avenue<br>Philadelphia, PA 19131<br><br>Defendant. | **CIVIL ACTION NO.**<br><br>**District Judge**<br><br><br>**COMPLAINT FOR VIOLATIONS OF THE 4ᵀᴴ AMENDMENT OF THE CONSTITUTION OF THE UNITED STATES, SECTION 1983 OF THE CIVIL RIGHTS ACT MALICIOUS PROSECUTION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRES** |

Plaintiff, Eric Ferron, by way of Complaint against defendants says:

### PARTIES

1.     Plaintiff, Eric Ferron, is an adult individual and citizen of the State of Pennsylvania, residing in Philadelphia, PA.

2.     Defendant, State Trooper Justin Howell, hereinafter referred to as "Howell" was always at all times a relevant employee of the Pennsylvania State Police and herein mentioned, defendant Howell was acting under the color of law and in his individual capacity as a state trooper of the Pennsylvania State Police.

## JURISDICTION AND VENUE

3.　　The Court has jurisdiction over the lawsuit because the action arises under the Laws and Constitution of the United States, in particular, the Fourth Amendment and 42 U.S.C.A. § 1983. Plaintiff was deprived of his rights secured to him under the Constitution and the laws of the United States including, but not limited to, his right to be secure in his person and property and be free from malicious prosecution. While being subjected to these violations, he suffered and sustained severe and permanent emotional injuries to his person. Plaintiff was falsely and maliciously prosecuted without any cause or legal justification.

4.　　The Court has supplemental jurisdiction under 28 U.S.C § 1367 over plaintiff's claims arising under State law, including but not limited to violations of his State rights against defendants for malicious prosecution, and intentional infliction of emotional distress because these claims are so related to the claims within the Court's original jurisdiction that they form part of the same case or controversy under Article 3 of the United States Constitution.

5.　　Venue is proper in this Court pursuant to 28 U.S.C. §1391, as the claims at issue arose in this judicial district.

## COMPLAINT
## GENERAL ALLEGATIONS

6.　　The above paragraphs are repeated and incorporated herein by reference as if set forth in full.

7.　　On July 28, 2022, plaintiff was driving his vehicle on I-95 South and then stopped by defendant Howell in Philadelphia.

8.　　After asking plaintiff to step out of his vehicle, defendant Howell asked plaintiff if he could have consent to search his vehicle, to which plaintiff refused.

9.    Defendant Howell then dispatched to have canine unit searched the outside of plaintiff's vehicle.

10.    The canine unit did not detect contraband, yet nevertheless, plaintiff's vehicle was impounded.

11.    Plaintiff was driven to Philly Live Casino and dropped off.

12.    Sometime later July 28, Defendant Howell obtained a search warrant for plaintiff's vehicle where allegedly, a Glock 17 pistol was found inside the vehicle. Plaintiff was on probation, at the time of his arrest, and was not to possess a firearm.

13.    A warrant for plaintiff's arrest was issued 45 days after the search of his vehicle.

14.    Plaintiff was arrested on August 1, 2023, and charged with Possession of an illegal firearm, receiving stolen property, and speeding.

15.    Plaintiff was held in prison, revoking his probation due to the above-mentioned arrest, and was held for eleven months at SCI Rockview.

16.    On June 18, 2024, all charges were dismissed against the plaintiff because the defendant, Howell, was unable to produce the alleged firearm that was the basis of plaintiff's arrest.

17.    As a result of plaintiff's malicious prosecution plaintiff lost $55,000.00 in income as a stagehand for Local 8 of the International Alliance of Theatrical Stage Employees.

**COUNT I**
**PLAINTIFF ERIC FERRON VS. DEFENDANT STATE TROOPER JUSTIN HOWELL**
**THE RIGHT OF PEOPLE TO BE SECURE IN THEIR PERSONS UNDER THE 4th**
**AMENDMENT OF THE UNITED STATES CONSTITUTION**
**MALICIOUS PROSECUTION UNDER SECTION 1983, CIVIL RIGHTS ACT**

18.    The allegations contained above are incorporated herein as though fully set forth.

19. The unlawful criminal prosecution of plaintiff by defendant on constitutes a violation of plaintiff's constitutionally protected right to be secure in his person as provided by the 4th Amendment of the United States Constitution.

20. Defendant Howell knew that plaintiff could not have perpetrated the alleged crime of illegal possession of a firearm because the firearm never existed and defendant Howell falsified a non-existent firearm to maliciously and intentional have false criminal charges filed against the plaintiff.

21. The arrest of plaintiff, by defendant, was carried out unlawfully, intentionally and maliciously, without just or probable cause, for the express purpose of trying to justify the illegal malicious prosecution of plaintiff.

22. The arrest of plaintiff by defendant violated his rights under the United States Constitution and the Laws of the State of Pennsylvania.

23. The actions of defendant Howell as a state trooper was committed under color of and authority of The Pennsylvania State Police and while acting in his individual capacity as a State Trooper. The actions or inactions of defendant Howell recklessly disregarded and therefore deprived plaintiff of his rights under the Laws and Constitution of the United States, in particular, the Fourth Amendment and 42 U.S.C.A. § 1983, including but not limited to the right to be secure in this person, to be free from malicious prosecutions.

## COUNT II
## PLAINTIFF ERIC FERRON VS. DEFENDANT STATE TROOPER JUSTIN HOWELL
## MALICIOUS PROSECUTION

24. The foregoing paragraphs are incorporated in this Count but will not be restated for the sake of brevity.

25. The actions of defendant Howell amount to a malicious prosecution under both 28 U.S.C. section 1983 and the Common Law of the State of Pennsylvania.

## COUNT III
## PLAINTIFF ERIC FERRON VS. STATE TROOPER JUSTIN HOWELL
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

26. The allegations contained above are incorporated herein as though fully set forth.

27. The above described illegal and malicious prosecution of the plaintiff constitutes an assault and battery by defendant, as a result of which plaintiff was injured and sustained severe and significant emotional distress including but not limited to loss of sleep, loss of appetite, depression, post-traumatic stress disorder and an inability to perform daily activities of work and life.

28. Plaintiff lost major work opportunities as a result of the illegal and malicious prosecution of the plaintiff.

## PLAINTIFF ERIC FERRON VS. DEFENDANT STATE TROOPER JUSTIN HOWELL
## DAMAGES

29. The above paragraphs are repeated and incorporated herein by reference as if set forth in full.

30. As a direct and proximate result of the defendants' conduct, plaintiff suffered physical pain and suffering in the past and future, severe mental anguish in the past and future and was deprived of his State and Federal Constitutional Rights as aforementioned and will suffer economic damages and was otherwise damaged.

31. The plaintiff has suffered and will suffer in the future from permanent residuals.

32. As a direct and proximate result of the defendants' conduct, plaintiff, while illegally incarcerated for eleven months lost over $55,000.00 in income.

## ATTORNEY FEES

33.    It was necessary for plaintiff to hire the undersigned attorney to file this lawsuit. Upon judgment, plaintiff is entitled to an award of attorney fees and costs under 42 U.S.C. § 1988 (b).

## PRAYER

34.    The above paragraphs are repeated and incorporated herein by reference as if set forth in full

35.    Plaintiff demands judgment against defendant Howell individually, jointly and/or in the alternative for: compensatory damages, punitive damages, attorney fees, interest and costs of suit and such relief as the Court may deem just and equitable.

## PLAINTIFF'S DEMAND FOR JURY TRIAL

36.    Plaintiff asserts his rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with the Federal Rule 38, a trial by jury on all issues.

Respectfully submitted,

JOSEPH OXMAN, ESQUIRE
Attorney for Plaintiff

## <u>V E R I F I C A T I O N</u>

The undersigned hereby verifies that the within document is based on first-hand information and on information furnished to counsel and obtained by him in the course of this lawsuit.   The language of the document is that of counsel and not of the affiant.   To the extent that the contents of the document are based on information furnished to counsel and obtained by him during the course of this lawsuit, affiant has relied upon counsel in taking this verification. All statements are founded upon reasonable belief.   This verification is made subject to the penalties of 18 Pa.C.S. Section 4904, relating to unsworn falsification to authorities.

PLAINTIFF